IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALISA CHERYL BAILEY, aka Alisha Cheryl Bailey, aka Janet Davis,<br><br>Defendant. | CR 14–10–M–DLC<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on March 26, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Alisa Cheryl Bailey's guilty

plea after Bailey appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to one count of uttering counterfeit obligations or securities of the United States in violation of 18 U.S.C. § 472 (Count II) as set forth in the Indictment. Defendant further agrees to the forfeiture allegation. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I, III, IV, and V of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 33), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Alisa Cheryl Bailey's motion to change plea (Doc. 25) is GRANTED.

DATED this 14th day of April, 2014.

_____
Dana L. Christensen, Chief District Judge
United States District Court